No. 78–5616. VINES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5622. HAMNETT v. MICHIGAN CONFERENCE OF TEAMSTERS WELFARE FUND ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–5624. SEAWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5627. JERNIGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5628. CHASE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–5634. MAHLER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–5637. BEASLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–6882. MEEKS v. FLORIDA. Sup. Ct. Fla.;
No. 78–5225. DUFFY v. TEXAS. Ct. Crim. App. Tex.;
No. 78–5490. ALDERMAN v. GEORGIA. Sup. Ct. Ga.; and
No. 78–5544. STEPHENS v. HOPPER, WARDEN. Sup. Ct. Ga. Certiorari denied. Reported below: No. 76–6882, 339 So. 2d 186; No. 78–5225, 567 S. W. 2d 197; No. 78–5490, 241 Ga. 496, 246 S. E. 2d 642; No. 78–5544, 241 Ga. 596, 247 S. E. 2d 92.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.